Robert J. FLEMING, et ux.,
Appellant–Respondents,

v.

Donald ISAAC, et ux., Respondent–
Appellants.

WD 76609 Consolidated with WD 76632

Missouri Court of Appeals,
Western District.

Filed: May 12, 2015

Robert J. and Sandra L. Fleming, Rocky Mount, MO, Appellant–Respondent Pro Se

Roger M. Gibbons, Osage Beach, MO for Respondent–Appellant

Before Division Four: Alok Ahuja, C.J., James E. Welsh, J. and Tracey Mason–White, Sp. J.

## ORDER

PER CURIAM:

This case involves a dispute between the owners of neighboring parcels of property on the Lake of the Ozarks, concerning the use of a boat dock and the existence of an easement along the waterfront to allow access to the dock. Following a bench trial, the circuit court found that an easement existed and that Donald Isaac and Mary Aten–Isaac had a legal right to use the boat dock. Sandra and Robert Fleming, on whose property the dock is located, appeal; the Isaacs cross-appeal the circuit court's award of only nominal damages for the Flemings' denial of access to the dock. We affirm. Because a published opinion would have no precedential value, an unpublished memorandum setting forth the reasons for this order has been provided to the parties. Rule 84.16(b).